**Order Filed on April 13, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Case No.: _____

Chapter: _____

Judge: _____

# ORDER DISMISSING CASE ON COURT'S
# ORDER TO SHOW CAUSE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 13, 2022**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having entered an Order to Show Cause as highlighted below, and having considered all objections, if any, or held a hearing at the request of a party,

- ❑ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to File Documents.

- ❑ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Meet Credit Counseling Requirements,

- ❑ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Comply with D.N.J. LBR 1006-1, Payment of Filing Fees in Installments,

- ❑ Order to Show Cause Why Case Should Not Be Dismissed for Debtor's Failure to Make Installment Payment(s) Or Pay Miscellaneous Filing Fees,

- ❑ Order to Show Cause Why Case Should Not Be Dismissed for Corporate Debtor's Failure to Obtain Counsel,

- ❑ Order to Show Cause Why Case Should Not Be Dismissed Due to Debtor's Ineligibility to be a Debtor Under Chapter 13 of the Bankruptcy Code,

- ❑ Other: _____
  _____

And the debtor having failed to resolve or otherwise satisfy the Order(s) to Show Cause,

IT IS ORDERED that this case is dismissed and any discharge entered in this case is vacated. All outstanding fees due to the Court must be paid within seven (7) days of the date of this Order.

*rev.10/5/17*